UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chester C. Graham,

          Plaintiff,

   v.

Edge Financial, Inc.,

          Defendant.

Court File No.  20-1791 (PJS/BRT)

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

Defendant Edge Financial, Inc. moves this Court for an order dismissing the Complaint under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for lack of personal jurisdiction and failure to state a claim for which relief can be granted. This motion is supported by an accompanying memorandum of law, one declaration, arguments of counsel, and all the files, records, and proceedings in this case.

Dated: February 23, 2021

**TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ O. Joseph Balthazor Jr.*

    Andrew M. Carlson (#0284828)
    ACarlson@Taftlaw.com
    O. Joseph Balthazor Jr. (#0399093)
    JBalthazor@Taftlaw.com

2200 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone:  (612) 977-8400
Facsimile:   (612) 977-8650

*Attorneys for Defendant*
*Edge Financial, Inc.*

13129799v1