# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| Chester C. Graham, | ) | **COURT MINUTES** |
| | ) | BEFORE: Patrick J. Schiltz |
| Plaintiff, | ) | U.S. District Judge |
| | ) | |
| v. | ) | Case No: 20-CV-1791 (PJS/BRT) |
| | ) | Date: May 17, 2021 |
| Edge Financial, Inc., | ) | Deputy: C. Glover |
| | ) | Court Reporter: Debra Beauvais |
| Defendant. | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 14E |
| | ) | Time Commenced: 8:40 a.m. |
| | | Time Concluded: 8:44 a.m. |
| | | Sealed Hearing Time: |
| | | Time in Court: Hours & 4 Minutes |

Hearing on:  **Defendant's Motion to Dismiss [Docket No. 18]**

APPEARANCES:

      Plaintiff:    No Appearance
      Defendant:  Andrew Carlson, Joseph Balthazor

PROCEEDINGS:

      ☐ Plaintiff's Witnesses:
      ☐ Plaintiff' Exhibits:
      ☐ Defendant's Witnesses:
      ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

      ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
      ☐ Brief time set:
      ☒ Written order issued.

                                                      s/C. Glover
                                            Courtroom Deputy