# UNITED STATES DISTRICT COURT
## District of Minnesota

Chester C. Graham

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 20-cv-01791-PJS-BRT

Edge Financial, Inc.

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

defendant's motion to dismiss [ECF No. 18] is GRANTED and this matter is DISMISSED WITHOUT PREJUDICE.

Date: 5/18/2021

_____
KATE M. FOGARTY, CLERK